

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

ALINA HABBA
ACTING UNITED STATES ATTORNEY

*Brooks E. Doyne*
*Assistant United States Attorney*

970 Broad Street, Suite 700
Newark, NJ 07102
brooks.doyne@usdoj.gov

main: *(973) 645-2700*
direct: *(973) 297-4390*

November 19, 2025

**Via Electronic Filing**
Honorable Karen Williams, U.S.D.J
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, N.J. 08101

So Ordered this 20th day
of November, 2025.

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

    Re: *Li v. Bondi, et al.*, No. 25-17139
         Two-Week Extension Request

Dear Judge Williams:

    This Office represents Respondents in this petition for a writ of habeas corpus filed by a noncitizen detained by U.S. Immigration and Customs Enforcement ("ICE"). Respondents' answer deadline is currently November 28, 2025. Respondents respectfully request an extension of time, until December 12, 2025, to respond to the petition. This is Respondents' first request for an extension.

    Good cause exists for this extension because I am the sole Assistant United States Attorney assigned to this matter and was assigned yesterday. Moreover, this Office will need time to further coordinate with ICE to address Petitioner's factual allegations and provide a comprehensive response to the legal issues. Notably, this petition concern's detention under 8 U.S.C. § 1225(b)(1), which the Third Circuit has addressed in *Castro v. U.S. Dep't of Homeland Sec.*, 835 F.3d 422 (3d Cir. 2016). The petition does not concern another portion of statute—§ 1225(b)(2)—that is frequently litigated on an expedited basis in this District. *See, e.g.*, *Moreira Da Silva v. LaForge*, No. 25-17095 (EP), ECF No. 6 (D.N.J. Nov. 13, 2025) (relying on *Rivera Zumba v. Bondi*, No. 25-14626 (KSH), 2025 WL 2753496 (D.N.J. Sept. 26, 2025) and adjudicating petition on expedited basis). Accordingly, the extension request is consistent with this Court's treatment of cases that do not fall under § 1225(b)(2).

    Moreover, with the Government shutdown concluding, I request the additional to be able to respond to this petition while also assessing multiple unrelated matters

that were previously subject to the Court's shutdown-related stay. *See* Amended Standing Order 2025-06 - Stay of Civil Matters Involving the United States as a Party. Lastly, the current deadline is the day after Thanksgiving, and I will be traveling with my family.

Petitioner's counsel, Theodore N. Cox, Esq., does not consent to this extension request.

Thank you for your consideration of this matter.

        Respectfully submitted,

        TODD BLANCHE
        United States Deputy Attorney General

        ALINA HABBA
        Acting United States Attorney
        Special Attorney

By:   *s/ Brooks E. Doyne*
       BROOKS E. DOYNE
       Assistant United States Attorney
       *Attorneys for Respondents*

cc:    All Counsel of Record (*via* ECF)